UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DANIEL TEKLEMARIAM HAGOS,<br><br>            Plaintiff,<br><br>     v.<br><br>CHEYENNE SMITH, CITY OF SEATTLE,<br>            Defendants. | No.  2:23-CV-528-RJB-DWC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, two objections to the Report and Recommendation, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation (Dkt. 5).

(2) The Complaint fails to state a claim upon which relief can be granted. Therefore, Plaintiff's claims are dismissed, the Application to Proceed *In Forma Pauperis* is denied, and this case is closed. This dismissal constitutes a "strike" under 28 U.S.C. § 1915(g).

(3) The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. David W. Christel.

**DATED** this 31st day of May, 2023.

_____
ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1